# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA MARIE COWEN,<br><br>    Plaintiff,<br><br>    v.<br><br>LELAND DUDEK, Acting, Commissioner of Social Security Administration,<br><br>    Defendant. | Case No. 2:23-cv-10571-SP<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

Dated: March 25, 2025

SHERI PYM
United States Magistrate Judge