1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11 | SANDRA MARIE COWEN,                     ) Case No.: 2:23-cv-10571-SP
                                            )
12 |             Plaintiff,                  ) ORDER AWARDING EQUAL
                                            ) ACCESS TO JUSTICE ACT
13 |      vs.                                ) ATTORNEY FEES AND EXPENSES
                                            ) PURSUANT TO 28 U.S.C. § 2412(d)
14 | LELAND DUDEK,                           ) AND COSTS PURSUANT TO 28
     Acting Commissioner of Social          ) U.S.C. § 1920
15 | Security,                               )
                                            )
16 |             Defendant                   )
    _____)

17

18       Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, Costs, and Expenses:

20       IT IS ORDERED that fees and expenses in the amount of $4,750.00 as

21 authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be

22 awarded subject to the terms of the Stipulation.

23 DATE: April 30, 2025

24

_____
25       THE HONORABLE SHERI PYM
         UNITED STATES MAGISTRATE JUDGE
26

-1-